■ In the Matter of MACKSON P. McDOWALL, for Reinstatement to the Practice of Law. [820 NYS2d 919]—Order entered denying application for reinstatement. Same per curiam as in *Matter of McDowall* (33 AD3d 246 [2006]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ.

■ In the Matter of WILLIE R. FELTON, for Reinstatement to the Practice of Law. [820 NYS2d 918]—Order entered denying application for reinstatement. Memorandum: Petitioner has failed to sustain his burden of demonstrating by clear and convincing evidence that he has complied with the order of disbarment, that he has the requisite character and fitness to practice law or that it would be in the public interest to reinstate him. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ.

■ In the Matter of KATHLEEN MARIE BOE, an Attorney, Resignor. [820 NYS2d 906]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Scudder, J.P., Gorski, Green, Pine and Hayes, JJ. (Filed Aug. 7, 2006.)

■ In the Matter of MARY ROBERTS BAILEY, an Attorney, Resignor. [820 NYS2d 909]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ. (Filed Aug. 29, 2006.)

■ In the Matter of PETER DAVID BROITMAN, an Attorney, Resignor. [820 NYS2d 909]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ. (Filed Aug. 29, 2006.)

■ In the Matter of F. JAMES DONNELLY, an Attorney, Resignor. [820 NYS2d 909]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ. (Filed Aug. 29, 2006.)

■ In the Matter of THOMAS J. DUFFY, an Attorney, Resignor. [820 NYS2d 908]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ. (Filed Aug. 29, 2006.)